```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602055815
Cashier ID: estrong
Transaction Date: 11/25/2019
Payer Name: MORGAN AND MORGAN
------------------------------------
CIVIL FILING FEE
 For: MORGAN AND MORGAN
 Case/Party: D-ALM-2-19-CV-000924-001
 Amount:         $400.00
------------------------------------
CHECK
 Check/Money Order Num: 23549
 Amt Tendered:   $400.00
------------------------------------
Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:      $0.00
```

2:19-cv-00924

Brooks v. McClain et al