IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

BRANDON BROOKS,                 )
                                )
     Plaintiff,                 )
                                )        CIVIL ACTION NO.
     v.                         )          2:19cv924-MHT
                                )              (WO)
CORRECTIONS OFFICER JUSTIN      )
MCCLAIN, et al.,                )
                                )
     Defendants.                )

ORDER

Upon consideration of plaintiff Brandon Brooks's motion for an extension of the deadline to serve a summons upon defendant Corrections Officer Burrell Freeman (doc. no. 15), and as plaintiff apparently has made a reasonable effort to serve the summons and complaint but has not met with success, it is ORDERED that the motion is granted pursuant to Federal Rule of Civil Procedure 4(m), and the deadline for serving defendant Freeman is extended by 60 days, until April 20, 2020.

DONE, this the 18th day of February, 2020.

                      /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE