IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BRANDON BROOKS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:19cv924-MHT |
| | ) | (WO) |
| CORRECTIONS OFFICER JUSTIN | ) | |
| MCCLAIN, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

ORDER

It is ORDERED that:

(1) Defendants' motion for an extension of the deadline to file an answer or other response to the complaint (doc. no. 22) is denied. The motion was filed the day after the deadline for filing a responsive pleading, but no explanation for missing the deadline was provided. In addition, the court agrees with plaintiff that the case should not be held up by the delay in serving one defendant who may be evading service.

(2) Per the suggestion of plaintiff in his response to the motion (doc. no. 23), defendants shall have until March 4, 2020, to file an answer or other responsive pleading.

DONE, this the 26th day of February, 2020.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**