## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **BRANDON BROOKS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.** |
| | ) | **2:19-cv-924-MHT-WC** |
| **OFFICER JUSTIN MCCLAIN, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ANSWER

COME NOW Defendants, Sergeant Murphy Davis and Officer Justin McClain, by and through undersigned counsel, and file their answer to the Plaintiff's Complaint. In doing so, Defendants do not waive any defenses to the Plaintiff's claims, nor do Defendants waive any recourse to seek relief through appellate proceedings. Additionally, Defendants reserve the right to amend their answer as additional evidence may be discovered during litigation.

The paragraphs below correspond to the paragraphs of the Complaint. Unless specifically admitted herein, all allegations set forth by the Plaintiff are denied.

## NATURE OF SUIT

1.     Defendants acknowledge that the Complaint contains the allegations, but otherwise the allegations of paragraph 1 are denied and Defendants demand strict proof thereof.

## PARTIES, JURISDICTION, AND VENUE

2.  Acknowledged that Plaintiff Brandon Brooks is a citizen and resident of the State of Alabama upon information and belief.

3.  Admitted only with respect that Defendant Justin McClain is employed by the Alabama Department of Corrections ("ADOC") as a corrections officer. As to the remaining allegations in paragraph 3, Defendants deny the same and demand strict proof thereof.

4.  Admitted only with respect that Defendant Burrell Freeman is employed by ADOC as a corrections officer. As to the remaining allegations in paragraph 4, Defendants deny the same and demand strict proof thereof

5.  Admitted only with respect that Defendant Murphy Davis is employed by ADOC as a correction officer. As to the remaining allegations in paragraph 5, Defendants deny the same and demand strict proof thereof

6.  Acknowledged.

7.  Acknowledged.

8.  Acknowledged that the Plaintiff is contending that jurisdiction is appropriate based on law asserted in the Complaint.

9.  Acknowledged that the Plaintiff is contending that venue is appropriate based on law asserted in the Complaint.

10.  Denied.

11.  Defendants do not have sufficient information to admit or deny the Plaintiff's allegations in paragraph 11 and demand strict proof thereof.

12.  Defendants do not have sufficient information to admit or deny the

13.    Plaintiff's allegations in paragraph 12 and demand strict proof thereof. Defendants do not have sufficient information to admit or deny the Plaintiff's allegations in paragraph 13 and demand strict proof thereof.

## FACTUAL ALLEGATIONS

A.    Denied as to the allegations as set forth in paragraph A and strict proof thereof is demanded.

14.    Admitted.

15.    Admitted.

16.    Denied as to the allegations as set forth in paragraph 16 and strict proof thereof is demanded.

17.    Denied as to the allegations as set forth in paragraph 17 and strict proof thereof is demanded.

18.    Denied as to the allegations as set forth in paragraph 18 and strict proof thereof is demanded.

19.    Denied as to the allegations as set forth in paragraph 19 and strict proof thereof is demanded.

20.    Denied as to the allegations as set forth in paragraph 20 and strict proof thereof is demanded.

21.    Denied as to the allegations as set forth in paragraph 21 and strict proof thereof is demanded.

22.    Defendants do not have sufficient information to admit or deny the Plaintiff's allegations in paragraph 22 and demand strict proof thereof.

23.    Defendants do not have sufficient information to admit or deny the Plaintiff's allegations in paragraph 23 and demand strict proof thereof.

24.     Defendants do not have sufficient information to admit or deny the Plaintiff's allegations in paragraph 24 and demand strict proof thereof.

25.     Defendant does not have sufficient information to admit or deny the Plaintiff's allegations in paragraph 25 and demand strict proof thereof.

B.     Denied as to the allegations as set forth in paragraph B and strict proof thereof is demanded.

26.     Defendants do not have sufficient information to admit or deny the Plaintiff's allegations in paragraph 26 and demand strict proof thereof.

27.     Denied as to the allegations as set forth in paragraph 27 and strict proof thereof is demanded.

28.     Denied as to the allegations as set forth in paragraph 28 and strict proof thereof is demanded.

29.     Denied as to the allegations as set forth in paragraph 29 and strict proof thereof is demanded.

30.     Denied as to the allegations as set forth in paragraph 30 and strict proof thereof is demanded.

31.     Denied as to the allegations as set forth in paragraph 31 and subparts a., b. and c. and strict proof thereof is demanded.

32.     Denied as to the allegations as set forth in paragraph 32 and strict proof thereof is demanded.

33.     Denied as to the allegations as set forth in paragraph 33 and strict proof thereof is demanded.

34.     Denied as to the allegations as set forth in paragraph 34 and strict proof thereof is demanded.

35. Defendants do not have sufficient information to admit or deny the Plaintiff's allegations in paragraph 35 and demand strict proof thereof.

36. Defendants do not have sufficient information to admit or deny the Plaintiff's allegations in paragraph 36 and demand strict proof thereof.

37. Denied as to the allegations as set forth in paragraph 37 and strict proof thereof is demanded.

38. Denied as to the allegations as set forth in paragraph 38 and strict proof thereof is demanded.

39. Denied as to the allegations as set forth in paragraph 39 and strict proof thereof is demanded.

40. Denied as to the allegations as set forth in paragraph 40 and strict proof thereof is demanded.

C. Denied as to the allegations as set forth in paragraph C and strict proof thereof is demanded.

41. Defendants do not have sufficient information to admit or deny the Plaintiff's allegations in paragraph 41 and demand strict proof thereof.

42. Defendants do not have sufficient information to admit or deny the Plaintiff's allegations in paragraph 42 and demand strict proof thereof.

43. Defendants do not have sufficient information to admit or deny the Plaintiff's allegations in paragraph 43 and demand strict proof thereof.

44. Defendants do not have sufficient information to admit or deny the Plaintiff's allegations in paragraph 44 and demand strict proof thereof.

45. Defendants do not have sufficient information to admit or deny the Plaintiff's allegations in paragraph 45 and demand strict proof thereof.

46.     Defendants do not have sufficient information to admit or deny the Plaintiff's allegations in paragraph 46 and demand strict proof thereof.

47.     Defendants do not have sufficient information to admit or deny the Plaintiff's allegations in paragraph 47 and demand strict proof thereof.

48.     Defendants do not have sufficient information to admit or deny the Plaintiff's allegations in paragraph 48 and demand strict proof thereof.

49.     Defendants do not have sufficient information to admit or deny the Plaintiff's allegations in paragraph 49 and demand strict proof thereof.

50.     Defendants do not have sufficient information to admit or deny the Plaintiff's allegations in paragraph 50 and demand strict proof thereof.

51.     Defendants do not have sufficient information to admit or deny the Plaintiff's allegations in paragraph 51 and demand strict proof thereof

**COUNT I**
**42 U.S.C. § 1983 Excessive Force in Violation of the Eighth Amendment**
**Direct Liability against CO McClain and CO Freeman**

52.     Denied as to the allegations as set forth in paragraph 52  and strict proof thereof is demanded.

53.      Denied as to the allegations as set forth in paragraph 53 and strict proof thereof is demanded.

54.     Denied as to the allegations as set forth in paragraph 54 and strict proof thereof is demanded.

55.     Denied as to the allegations as set forth in paragraph 55 and strict proof thereof is demanded.

56.     Denied as to the allegations as set forth in paragraph 56 and strict proof thereof is demanded.

57.     Denied as to the allegations as set forth in paragraph 57 and strict proof thereof is demanded.

58.     Denied as to the allegations as set forth in paragraph 58 and strict proof thereof is demanded.

59.     Denied as to the allegations as set forth in paragraph 59 and strict proof thereof is demanded.

60.     Denied as to the allegations as set forth in paragraph 60 and strict proof thereof is demanded.

61.     Denied as to the allegations as set forth in paragraph 61 and strict proof thereof is demanded.

62.     Denied as to the allegations as set forth in paragraph 62 and strict proof thereof is demanded.

63.     Denied as to the allegations as set forth in paragraph 63 and strict proof thereof is demanded.

64.     Denied as to the allegations as set forth in paragraph 64 and strict proof thereof is demanded.

65.     Acknowledged that Plaintiff is demanding a trial by jury.

**COUNT II**
**42 U.S.C. § 1983 Excessive Force in Violation of the Eighth Amendment**
**Supervisory Liability against SGT Murphy**

66.     Defendants acknowledge that the Complaint contains the allegations, but otherwise the allegations of paragraph 66 are denied and Defendants demand strict proof thereof.

67.     Denied as to the allegations as set forth in paragraph 67 and strict proof thereof is demanded.

68.     Denied as to the allegations as set forth in paragraph 68 and strict proof thereof is demanded.

69.     Denied as to the allegations as set forth in paragraph 69 and strict proof thereof is demanded.

70.     Denied as to the allegations as set forth in paragraph 70 and strict proof thereof is demanded.

71.     Denied as to the allegations as set forth in paragraph 71 and strict proof thereof is demanded.

72.     Denied as to the allegations as set forth in paragraph 72 and strict proof thereof is demanded.

73.     Denied as to the allegations as set forth in paragraph 73 and strict proof thereof is demanded.

74.     Acknowledged that Plaintiff is demanding a trial by jury.

**Count III**
**Deliberate Indifference to Serious Medical Needs**
**Against CO McClain and CO Freeman**

75.     Defendants acknowledge that the Complaint contains the allegations, but otherwise the allegations of paragraph 75 are denied and Defendants demand strict proof thereof.

76.     Denied as to the allegations as set forth in paragraph 76 and strict proof thereof is demanded.

77.     Denied as to the allegations as set forth in paragraph 77 and strict proof thereof is demanded.

78.     Denied as to the allegations as set forth in paragraph 78 and strict proof thereof is demanded.

79.     Denied as to the allegations as set forth in paragraph 79 and strict proof thereof is demanded.

80.     Denied as to the allegations as set forth in paragraph 80 and strict proof thereof is demanded.

81.     Denied as to the allegations as set forth in paragraph 81 and strict proof thereof is demanded.

82.     Denied as to the allegations as set forth in paragraph 82 and strict proof thereof is demanded.

83.     Acknowledged that Plaintiff is demanding a trial by jury.

## PRAYER FOR RELIEF

Defendant denies that Plaintiff is entitled to any relief and demand strict proof thereof.

## AFFIRMATIVE DEFENSES

1.     The Complaint fails to state a claim upon which relief can be granted.

2.     The Court lacks jurisdiction over the persons involved in this action.

3.     The Court lacks jurisdiction over the subject matter of this action.

4.     The Complaint fails to plead the substance of a bona fide justiciable controversy; moreover, no controversy of a justiciable character exists between the parties.

5.     Defendants assert judicial immunity.

6.     Defendants assert qualified immunity.

7.     Defendants assert sovereign immunity.

8.     Defendants assert state-agent immunity.

9.     Defendants assert functional discretionary immunity.

10.    Defendants assert estoppel.

11.    Defendants assert laches.

12.    Defendants assert release.

13.    Defendants assert waiver.

14.    Defendants generally deny that the Plaintiff is entitled to receive any portion of the relief requested in the Complaint filed in the above-styled action.

15.    Plaintiff is generally not entitled to a declaratory judgment or any other relief requested.

16.    To the extent that any of the foregoing allegations in the Plaintiff's Complaint have not been admitted or denied, they are hereby denied.

17.    The Defendants reserve the right to assert additional defenses as this action progresses.

The Defendants further reserve the right to amend their Answer.

Respectfully submitted,

Steve Marshall
Attorney General
By:

/s/ *Madeline H. Lewis*
Madeline H. Lewis (HIN032)
Assistant Attorney General
Counsel for Defendants Davis and
McClain

ADDRESS OF COUNSEL:

General Civil and Administrative Law Division
Office of the Attorney General
State of Alabama
501 Washington Avenue
Montgomery, Alabama 36130-0152
Office: (334) 242-7300
Madeline.Lewis@AlabamaAG.gov


## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2020, I electronically filed the foregoing

Answer with the Clerk of the Court, using the Court's CM/ECF electronic filing

system which will notify all counsel for record.


 /s/Madeline H. Lewis
OF COUNSEL