Cory Kingsley - Dist # 225467
Kilby CF
Po Box 150
Mt. Meigs, AL 36057

To Carol Brooks
Po Box 334
Cropwell, AL 35054

This correspondence is forwarded from an Alabama State Prison. Its contents have not been evaluated and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.

EXHIBIT 2

BROOKS 0008590

May 28, 2018

Mrs Brooks,

I hope this finds you in great health I wrote the statement of what I saw and went through I will help you in any way I can for Browder he is my friend and didn't deserve to be Bet like he did or me please keep in contact and its cool for you to give my name to anyone who you feel needs it

Love
SK

Cory Kingery 225467
Kilby CF
Po Box 150
MT. Meigs, AL 36057

BROOKS 0008591

My name is Cory Allen Lingery. And This is a true statement That I have wrote on May 28, 2018.

I was transferred on Feb 7, 2018 to Staton C.F. From Kilby. On The First weekend of March I Cory Lingery was in D Dorm with Brawdon Brooks hanging out, When They were getting Ready to Count we meowing (me) Cory Lingery and Brawdon Brooks went in Cell D-3 were Brawdon lived I lived in E-3 across The camp. Officers Maclean and Officer Freeman came into D-3 and Started Cussing Brawdon for not being on his Rack. Officer Maclean Then pulled his mace out Threating Brawdon, he then Slaps Brawdon and Starts to mace him Then officer Freeman pulls his stick out And hits,

①

Brandon on the left side of his head really hard. Brandon falls to the ground and trys to cover up while Both officers are kicking & stomping Brandon all over his Body. That is when I get off Brandon Bed and try to help Brandon By asking Both officers to please let my friend up now officer Freeman pushs me and sprays me with his mace and either officer Freeman or Mackbow hits me very hard in the Right side of my head with the Stick. Since I Did not live in D Dorm. Both officers Drug me to the Door Telling me to keep my mouth Shut or they would have people See about me I went Back to E-Dorm. and Took A Shower to get the mace off me I still have A lump on my head from where I was assaulted by both officers ②

When I was leaving D-Dorm Brandon was still Curled up on Floor, And Marvin Jones an Inmate at Staton, was Starting to get involved. That was the last Time I Saw Brandon And he was not OK. Due to me being Scared of officer Maclaw and Freeman I Did not Say anything Till I Found out how Bad Brandon was, Thats when I Called my Aunt Sandy Kingery And had her Contact I&I about what went on on march 28, I&I Came And saw me and had me Transferred to Kilby. Were I was told I would not Be Returned to Staton, But on may 22 I was transferred Back to Staton and had to Refuss to enter the prison Due to I felt The officers would have Inmates assault me, Due to me being The only true witness to The

Beating Brandon For No
Reason Just because They
get away with it at Staton
The administration allows it
There my life was threatened
by Numroos Inmates about
Talking about what I Saw
OR Do whats Right So This
Statment I've wrote on my
own Free Will

[signature] 225467

Cory Kingery
Kilby CF
Po Box 150
MT. Meigs, Al 36057

④