IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| BRANDON BROOKS (AIS#289261<br><br>Plaintiff,<br><br>vs.<br><br>Correctional Officer, Justin McClain<br>et al,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO.-2:19- cv924-MHT-WC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT

**State of Alabama   :**

**Montgomery County:**

    Before me, the undersigned authority, a Notary Public in and for said County and State of Alabama at Large, personally appeared Justin McClain, who being known to me and being by me first duly sworn, deposes and says on oath as follows:

    My name is Justin McClain I am presently employed as a Correctional Officer with the Alabama Department of Corrections at Staton Correctional Facility, 2690 Marion Spillway Road, Elmore, Alabama 36025.  I am over twenty-one years of age and have personal knowledge of the facts set forth below.

    I have reviewed the complaint of Inmate Brandon Brooks, W/M #289261 and this is my response to his complaint.

EXHIBIT 4

On March 3, 2018, I, Correctional Officer Justin McClain, have no knowledge of the incident. CO McClain was assigned to B- Dormitory at the time of the incident. The incident happened in D-Dormitory.

To my knowledge, the above-related facts are the entirety of my involvement with inmate Brooks concerning the allegations on which his complaint is based.

_____
Justin McClain

SWORN TO and SUBSCRIBED before me this ___29___ day of January, 2020.

_____
NOTARY PUBLIC

Nov. 7th, 2023
My Commission Expires: