IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| BRANDON BROOKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19-CV-924-MHT-KFP |
| | ) | |
| JUSTIN MCCLAIN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Pending before the Court is Plaintiff's Motion to Enforce Subpoena (Doc. 50), which seeks an order requiring the Alabama Department of Corrections ("ADOC") to produce an investigative file pertaining to the allegations in Plaintiff's Complaint. ADOC objects to producing the investigative file pending an active and ongoing criminal investigation by the United States Department of Justice ("DOJ"), as it is ADOC's policy to restrict release of investigative files until the criminal process has been resolved and the DOJ does not want the materials released. *See* Doc. 52. On February 25, 2021, the Court held a telephone conference to discuss Plaintiff's motion. During that conference, the Court and the parties discussed possible methods of resolving the motion (or some part thereof) and advancing discovery in this case, including operating under a confidentiality order or other agreed protective restrictions and producing portions of the investigative file.

In accordance with that discussion, it is ORDERED that:

1. By **March 12, 2021**, the parties must meet and confer regarding an agreeable compromise regarding the investigative file to advance discovery in this case. The parties' discussion should include the possibility of agreeable protective measures and the feasibility of producing portions—rather than all—of the investigative file. All parties, including counsel for ADOC, should take part in the meet and confer. **Additionally, any DOJ representatives with knowledge of the DOJ's active criminal investigation or the relevant investigative file are strongly encouraged to attend and participate in the meet and confer process.**

2. By **March 16, 2021**, the parties must file a joint status report notifying the Court of the result of the meet and confer efforts. If Plaintiff wishes to file a reply in support of his motion (Doc. 50), the reply must be filed by **March 19, 2021**.

3. The clerk is DIRECTED to send a copy of this Order to the Alabama Department of Corrections, the recipient of the subpoena addressed in Plaintiff's motion.

DONE this 26th day of February, 2021.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE