IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION
*Electronically filed*

| | |
|---|---|
| **BRANDON BROOKS** | **PLAINTIFF** |
| **VS.** | **CIVIL ACTION NO.: 2:19-CV-924-MHT-WC** |
| **CORRECTIONS OFFICER JUSTIN MCCLAIN;** <br> **CORRECTIONS OFFICER BURRELL FREEMAN;** <br> **AND** <br> **SERGEANT MURPHY DAVIS** | **DEFENDANTS** |

## JOINT REPORT

Plaintiff, Brandon Brooks, Defendants, Sergeant Murphy Davis, Officer Burrell Freeman and Officer Justin McClain, and subpoenaed third party, Alabama Department of Corrections, submit the following joint report in compliance with the Court's Order at D.E. 53 regarding the Plaintiff's pending Motion to Enforce Subpoena (D.E. 50).

The parties conferred via videoconference on March 10, 2021, and reached an agreement regarding the documents at issue. The Alabama Department of Corrections has agreed to produce the ADOC's entire investigative file with redactions by March 31, 2021. The Plaintiff reserves any objections to those redactions. The agreed upon production resolves the pending discovery dispute and the Motion to Enforce is withdrawn or should be denied as moot but without prejudice.

1

Respectfully submitted,


/s/ Adrian Mendiondo
ADRIAN MENDIONDO (admitted *pro hac vice*)
Morgan & Morgan Kentucky, PLLC
333 West Vine Street, Suite 1200
Lexington, KY 40507
Phone: (859) 219-4529
Email: amendiondo@forthepeople.com

U.W. Clemon
Alabama State Bar No. 0095076U
Mehri & Skalet PLLC
1250 Connecticut Avenue, NW, Suite 300
Washington, DC 20036
Phone: (202) 822-5100
Email: uwclemon1@gmail.com

*Counsel for Plaintiff*

/s/ Neva Conway (with permission)
Neva Conway
Assistant Attorney General
501 Washington Avenue
Montgomery, AL 36130
*Counsel for Defendant,*
*Murphy Davis*

/s/ Allen Sheehan (with permission)
Allen Sheehan
Cappell & Howard, P.C.
150 S. Perry Street
Montgomery, AL 36104
*Counsel for Defendants,*
*Burrell Freeman and Justin McClain*

/s/ Bart Harmon (with permission)
Bart Harmon
Assistant Attorney General
301 S. Ripley Street
Montgomery, AL 36130
*Counsel for Third Party,*
*Alabama Department of Corrections*

## **CERTIFICATE OF SERVICE**

I certify that on this 12th day of March, 2021, I served a copy of the foregoing on the parties via the Court's Electronic Filing System to:

Claudia Smith
Assistant Attorney General
501 Washington Avenue
Montgomery, AL 36130
*Counsel for Defendant,*
*Murphy Davis*

Allen Sheehan
Cappell & Howard, P.C.
150 S. Perry Street
Montgomery, AL 36104
*Counsel for Defendants,*
*Burrell Freeman and Justin McClain*

And via electronic mail to:

Bart Harmon
Assistant Attorney General
301 S. Ripley Street
Montgomery, AL 36130
bart.harmon@doc.alabama.gov
*Counsel for Third Party,*
*Alabama Department of Corrections*

                                                      */s/ Adrian Mendiondo*
                                                      ADRIAN MENDIONDO