IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **BRANDON BROOKS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) 2:19-cv-924-MHT-KFP |
| | ) |
| **OFFICER JUSTIN MCCLAIN, et al.** | ) |
| | ) |
| **Defendants.** | ) |

**JOINT MOTION FOR EXTENSION OF DISCOVERY DEADLINES
AND TO CONTINUE THE TRIAL DATE**

Plaintiff, Brandon Brooks, and Defendants, Sergeant Murphy Davis, Officer Burrell Freeman and Officer Justin McClain, jointly move for an extension of time to complete discovery in this matter and to continue the trial. As grounds for said motion the parties state as follows:

This is an excessive force case brought against Defendants for injuries they are alleged to have caused to the Plaintiff while he was in their custody. The claims at issue in this matter are the subject of, or related to, ongoing investigations by state and federal agencies. These investigations have hampered the parties' abilities to obtain and produce documentary evidence regarding the claims at issue, and to identify the necessary witnesses for depositions. In March 2021, after Plaintiff moved to the Court to compel production of records from the Alabama Department of Corrections, the Department of Corrections agreed to voluntarily produce a redacted copy of their investigative file and materials. Due to the high volume of materials possessed by the Department of Corrections, it took the Department of Corrections until April 15, 2021 to produce these documents. The parties have now had the opportunity to review the materials

and are working to schedule depositions of the relevant witnesses and parties. These cannot be completed, however, in time to meet the deadlines presently set forth in the Court's Scheduling Order at ECF No. 46, specifically, the Plaintiff's expert disclosure deadline of June 23, 2021 and the Defendants' expert disclosure deadline of July 22, 2021.

The parties therefore respectfully request that the Court extend all unexpired deadlines for a period of six months, such that the Plaintiff's expert disclosure deadline be set for December 23, 2021; the Defendants' expert disclosure deadline be set for January 24, 2022; the settlement conference deadline be set for February 21, 2022; the discovery deadline be set for February 21, 2022, and the dispositive and Daubert motion deadline be set for March 23, 2022.

The parties recognize that this requested extension will impact the trial date presently set for March 14, 2022, and the pretrial conference set for January 26, 2022. Therefore, the parties further respectfully request that these dates – and the pre-trial deadlines associated therewith – also be continued to correspond with the Court's September 12, 2022 civil trial term or as convenient to the Court.

Finally, the parties state that the undersigned counsel have met and conferred regarding the current discovery status, the Court's deadlines, and the extensions requested in this Motion, and that all parties are in agreement regarding same and jointly make this request to the Court.

Respectfully submitted,

*/s/ Adrian Mendiondo*
ADRIAN MENDIONDO (admitted *pro hac vice*)
Morgan & Morgan Kentucky, PLLC
333 West Vine Street, Suite 1200
Lexington, KY 40507
Phone: (859) 219-4529
Email: amendiondo@forthepeople.com
*Counsel for Plaintiff*

2

                                      */s/ Terrie S. Morgan (with permission)*
                                      Terrie S. Morgan
                                      Assistant Attorney General
                                      501 Washington Avenue
                                      Montgomery, AL 36130
                                      *Counsel for Defendant,*
                                      *Murphy Davis*

                                      */s/ Allen Sheehan (with permission)*
                                      Allen Sheehan
                                      Capell & Howard, P.C.
                                      150 S. Perry Street
                                      Montgomery, AL 36104
                                      *Counsel for Defendants,*
                                      *Burrell Freeman and Justin McClain*

## **CERTIFICATE OF SERVICE**

       I certify that on this 21st day of June, 2021, I served a copy of the foregoing on the parties via the Court's Electronic Filing System to:

Terrie S. Morgan
Assistant Attorney General
501 Washington Avenue
Montgomery, AL 36130
*Counsel for Defendant,*
*Murphy Davis*

Allen Sheehan
Capell & Howard, P.C.
150 S. Perry Street
Montgomery, AL 36104
*Counsel for Defendants,*
*Burrell Freeman and Justin McClain*

                                      */s/ Adrian Mendiondo*
                                      ADRIAN MENDIONDO