IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BRANDON BROOKS,                  )
                                 )
     Plaintiff,                  )
                                 )     CIVIL ACTION NO.
     v.                          )        2:19cv924-MHT
                                 )
CORRECTIONS OFFICER JUSTIN       )
MCCLAIN, et al.,                 )
                                 )
     Defendants.                 )
```

## ORDER

It is ORDERED as follows:

(1) The joint motion for extension of discovery deadlines and to continue trial date (Doc. 59) is granted.

(2) The uniform scheduling order (Doc. 36), as modified (Doc. 46), is amended in the following respects only:

   (A) The pretrial, currently set for January 26, 2022, is reset for July 20, 2022, and the trial, currently set for March 14, 2022, is reset for the term of court beginning on September 12, 2022, at 10:00 a.m.,

with all unexpired deadlines expressly tied to these two dates adjusted accordingly.

    (B) The deadline for plaintiff's expert reports, currently set for June 23, 2021, is extended to December 23, 2021, for defendants' is extended from July 22, 2021, to January 24, 2022.

    (C) The deadlines for completing discovery and for the parties' settlement conference, currently set for August 20, 2021, are extended to February 21, 2022.

    (D) The deadline for filing dispositive and Daubert motions, currently set for September 23, 2021, is extended to March 23, 2022.

    DONE, this the 23rd day of June, 2021.

                          /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**