IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BRANDON BROOKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:19-CV-924-MHT-KFP |
| | ) |
| JUSTIN MCCLAIN, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Upon consideration of Plaintiff's Unopposed Motion to Permit In-Custody Deposition of Third-Party Witnesses Jared Frost, Jeffery Frank, Tevin Henderson, and Antjuan Jackson (Doc. 67), filed pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, it is ORDERED that the motion is GRANTED.

DONE this 23rd day of May, 2022.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE