IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BRANDON BROOKS, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:19cv924-MHT |
| | ) | (WO) |
| CORRECTIONS OFFICER JUSTIN MCCLAIN, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

**JUDGMENT**

Pursuant to the joint stipulation of dismissal (Doc. 70), it is the ORDER, JUDGMENT, and DECREE of the court that all claims against defendant Murphy Davis are dismissed with prejudice, and defendant Davis is terminated as a party, with all parties to bear their own costs as to the claims against said defendant. All claims against all other defendants remain.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 24th day of August, 2022.

                         /s/ Myron H. Thompson
                        **UNITED STATES DISTRICT JUDGE**