# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **BRANDON BROOKS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) 2:19-cv-924-TFM-KFP |
| | ) |
| **OFFICER JUSTIN MCCLAIN, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## JOINT STIPULATION OF DISMISSAL

This matter having been resolved to the satisfaction of all involved, Plaintiff Brandon Brooks and Defendants Burrell Freeman and Justin McClain, jointly move the Court for an Order dismissing all claims and this action in its entirety with prejudice. The parties agree that each will bear his own costs.

The filing party has the consent of Adrian Mendiondo to file this as a joint filing with his signature affixed to it.

Respectfully submitted on April 10, 2023

*/s/ Adrian Mendiondo*
ADRIAN MENDIONDO (admitted *pro hac vice*)
Morgan & Morgan Kentucky, PLLC
333 West Vine Street, Suite 1200
Lexington, KY 40507
Phone: (859) 219-4529
Email: amendiondo@forthepeople.com
*Counsel for Plaintiff*

/s/ Barbara J. Wells
W. Allen Sheehan (SHE096)
Barbara J. Wells (GIL037)

**CAPELL & HOWARD, P.C.**
150 South Perry Street

                                        Post Office Box 2069
                                        Montgomery, Alabama 36102-2069
                                        Tel: (334) 241-8000
                                        Email: Barbara.Wells@chlaw.com
                                                                          Allen.Sheehan@chlaw.com

***Attorneys for Defendants,***
***Justin McClain and Burrell Freeman***

# CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2023, I electronically filed the foregoing with the Clerk of the court, using the Court's CM/ECF electronic filing system, which will notify all counsel of record.

Adrian Mendiondo
Morgan & Morgan Kentucky, PLLC
333 West Vine St., Suite 1200
Lexington, KY  40507
Email: amendiondo@forthepeople.com

Patrick Glenn Montgomery
Morgan & Morgan Alabama, PLLC
63 South Royal St., Suite 710
Mobile, AL  36602
Email: pmontgomery@forthepeople.com

U.W. Clemon
U.W. Clemon LLC
P.O. Box 2365
Birmingham, AL  35201
Email: uwclemon1@gmail.com

                                        */s/* Barbara J. Wells
                                        Of Counsel